**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| T. L. M., | : | No. 190 MM 2017 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| THE COURT OF COMMON PLEAS OF CLINTON COUNTY, PENNSYLVANIA, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.